# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

November 12, 2024

**VIA ECF**

Honorable John L. Sinatra, Jr.
United States District Court Judge
Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

     Re: *Blankenship v. Leonard's Express, Inc.* – 1:24-cv-00618 – Letter Motion
        *Requesting a Stay of All Pending Deadlines*

Dear Judge Sinatra:

We represent Defendant Leonard's Express, Inc. in the above-referenced matter. We write together with Plaintiff to inform the Court that the parties have reached a settlement in principal. The parties are working diligently to finalize the terms of the agreement and settlement process. We therefore respectfully request that Your Honor stay all pending deadlines, including Defendant's current deadline to respond to the Complaint, which is currently set for November 15, 2024, while the parties continue these efforts and prepare to file a Motion for Preliminary Approval. The parties will provide an additional update to the court or file the Motion for Preliminary Approval on or before December 19, 2024.

Respectfully submitted,

s/ *Robyn M. Feldstein*

Robyn Feldstein
Baker & Hostetler LLP
Attorneys for Defendant Leonard's Express, Inc.

Honorable John L. Sinatra
November 12, 2024
Page 2


*/s/ Jarrett Ellzey*

Jarrett Ellzey
Ellzey & Associates, PLLC
Attorneys for Plaintiff