UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER BLANKENSHIP, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD'S EXPRESS, INC.<br><br>Defendant. | Case No. 1:24-cv-00618-JLS |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Tyler Blankenship, by and through undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7(b)(1), respectfully requests that the Court enter an order extending the current deadline to file Plaintiff's Motion for Final Approval of Class Action Settlement to **June 9, 2025**. In support of this unopposed motion, Plaintiff states as follows:

**I.    GOOD CAUSE EXISTS FOR THE REQUESTED EXTENTION**

1.    On February 10, 2025, the Court granted preliminary approval of the class action settlement and authorized a notice and claims process for a proposed Settlement Class consisting of approximately 6,540 individuals whose private information may have been compromised in a data security incident involving Defendant Leonard's Express, Inc. See [ECF No. 30].

2.    The Settlement provides meaningful relief to class members, including options for reimbursement of documented out-of-pocket expenses up to $650, a $29 alternative cash payment, and one year of credit monitoring, subject to pro rata adjustment.

1

3.      The claims administration process remains ongoing, and the **deadline for class members to file claims, object, or request exclusion is June 3, 2025**, pursuant to the Settlement Agreement and Notice Program.

4.      In light of this timeline, Plaintiff seeks a brief extension of six days—from the presumptive June 3 deadline to **June 9, 2025**—to ensure that the final approval submission includes the most complete and accurate data concerning participation rates, claim totals, opt-outs, objections, and any unresolved administrative issues.

5.      This modest extension will materially aid the Court in evaluating the fairness, reasonableness, and adequacy of the Settlement under Rule 23(e)(2) by allowing time to incorporate comprehensive data from the Settlement Administrator in Plaintiff's final approval briefing. *See Wal-Mart Stores, Inc. v. Visa U.S.A., Inc.*, 396 F.3d 96, 116 (2d Cir. 2005) ("The compromise of complex litigation is encouraged by the courts and favored by public policy.").

6.      Courts in this District routinely grant such extensions in class actions where additional time is necessary to present accurate and complete settlement data. See, e.g., *In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 330 F.R.D. 11, 29 (E.D.N.Y. 2019) (emphasizing that Rule 23(e) final approval determinations should be supported by full evidentiary submissions regarding claims administration).

7.      This motion is made in good faith and not for purposes of delay. The requested extension will not prejudice any party and will promote judicial efficiency by equipping

8.      Defendant does not oppose this request.

## II.     REQUESTED RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file his Motion for Final Approval of Class Action Settlement to **June 9, 2025**, and grant such other relief as the Court deems just and proper.

Dated: May 22, 2025                                    Respectfully submitted,

*/s/Jarrett L. Ellzey*
Jarrett L. Ellzey *pro hac vice*
Texas Bar No. 24040864
jellzey@eksm.com
Leigh S. Montgomery *pro hac vice*
Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
4200 Montrose, Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

Christina M. Gullo, Esq.
**THE KANTOR GULLO LAW FIRM, PLLC**
Bar No: 5387006
348 Harris Hill Road, Suite A
Williamsville, New York 14221
(716) 626-0404
cgullo@kantorgullolaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on May 22, 2025 he caused a true and correct copy of the foregoing document to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system.

                                          */s/ Jarrett L. Ellzey*
                                          Jarrett L. Ellzey