# EXHIBIT A

# DECLARATION OF JARRETT L. ELLZEY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER BLANKENSHIP, *on behalf of himself and on behalf of all others similarly situated*, | |
| Plaintiff, | CIVIL ACTION NO. 1:24-cv-00618-JLS |
| vs. | |
| LEONARD'S EXPRESS, INC., | |
| Defendant. | |

**DECLARATION OF JARRETT L. ELLZEY IN SUPPORT OF MOTION FOR FINAL APPROVAL, APPLICATION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS TO PLAINTIFF**

I, Jarrett L. Ellzey, hereby declare as follows:

1.      I am an attorney at law, duly licensed to practice in all Courts in the State of Texas. I am a founding partner and senior attorney at Ellzey Kherkher Sanford Montgomery, LLP ("EKSM") and counsel for Plaintiff Tyler Blankenship. I am licensed to practice law in the States of Texas and New Mexico. I am also admitted to practice before the United States Supreme Court, The Fifth Circuit Court of Appeals, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Central District

of Illinois, U.S. District Court for the Eastern District of Michigan, and U.S. Bankruptcy Court for the District of New Mexico.

2.    I am over the age of 21.

3.    I submit this Declaration in support of Plaintiff's Motion for Final Approval, Application for Attorneys' Fees, Costs and Service Awards to Plaintiff.

4.    I have personal knowledge of the following facts, and if called to do so, could and would testify as follows.

5.    I was the primary handling attorney on the case for Plaintiff Blankenship and, as such, am familiar with the work performed by EKSM on the Plaintiff's behalf in this case.

6.    I am the custodian of records for EKSM. I have reviewed records of attorney time and costs incurred, which were kept contemporaneously in the course of a regularly conducted activity of EKSM in prosecuting this case. The making of attorney time and cost records is a regular practice at EKSM.

7.    Counsel devoted substantial time to prosecuting Plaintiff's claims to its current resolution.  Based on the Settlement Agreement reached between the Parties, discussed more fully below, Plaintiff requests attorney's fees in the amount of $108,225.00, which includes costs in the amount of $837.22

8.    Hours worked in this case includes time spent preparing the lawsuit, investigating Plaintiff's claims, engaging in informal discovery, preparing for and participating in settlement negotiations, negotiating and drafting settlement and Class notice documents, seeking preliminary approval of the parties' settlement, complying with the Preliminary Approval Order to ensure the Notice Program and Claim process were implemented, preparing the Unopposed Motion for Final Approval of Class Action Settlement, and otherwise pursuing relief on behalf

of Plaintiff and the Class Members. All of the efforts of Class Counsel were essential to achieving the Settlement.

9.      Plaintiff's counsel anticipates spending additional time finalizing this case. Time will be spent preparing for and attending the Final Approval Hearing, followed by substantial time working with the Settlement administration should Final Approval be granted to ensure Valid Claims are paid and the Settlement implemented. Time will also be spent preparing for and attending the Final Approval Hearing, followed by substantial time working with the Settlement administration should Final Approval be granted to ensure Valid Claims are paid and the Settlement implemented.

10.     Plaintiff's counsel incurred $837.22 in taxable costs on behalf of Plaintiff Blankenship, consisting of $805.00 incurred by the Kantor Law Firm PLLC and $32.22 incurred by EKSM, and seek an order approving same.  A true and correct copy of Plaintiff's cost documentation is attached hereto as **Exhibit 1 and 2**. The costs sought to be reimbursed were all advanced by Class Counsel and were necessarily and reasonably incurred in the prosecution of this case, including court fees, research, and other services

11.     As detailed in the Declaration of the Settlement Administrator in this case, Costs of Claims Administration incurred are estimated to be $25,500.00.

12.     Accordingly, Plaintiff requests fees in the amount of $108,225.00, which includes costs in the amount of $837.22.

13.     I am a senior attorney with and a founder of EKSM. I previously founded Ellzey & Associates, PLLC, which was formerly Hughes Ellzey, LLP, a firm I co-founded with my former law partner in 2010. I have been a litigator since my career began in 2003 when I graduated from South Texas College of Law in Houston, Texas. Since the beginning of my

career, I have represented plaintiffs and defendants in matters ranging from simple breach of contract cases involving two small businesses, to nationwide consumer class actions in state and federal courts across the nation, including Texas, California, Florida, New York, Illinois, Pennsylvania, Georgia, Oklahoma, and Mississippi.

14.    Since the time of co-founding Hughes Ellzey, LLP in 2010, I have prepared dozens of cases for trial. During only a five-year stretch, I succeeded in obtaining over $23 million in verdicts. I served as lead counsel for the plaintiff in a commercial real estate dispute winning one of the largest fraud verdicts in Texas, earning the firm and myself honoree distinctions in the Texas Verdict Hall of Fame by Texas Lawyer VerdictSearch and recognition for one of the largest civil awards in Texas in 2012.

15.    I have worked on numerous data breach class actions as counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-Cll 1856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23- cv-022-LY; *Kurt Phillips v Bay Bridge Administrators,* LLC (W.D. Tex.); Cause No. 22-DCV- 298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center (* Bexar County, Texas). Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D. Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

16.    I was recently appointed Chair of the Plaintiffs' Executive Committee in

landmark litigation involving allegations that PayPal, Inc. and its affiliate, Honey, misappropriated commissions from thousands of online content creators. *See In re PayPal Honey Browser Extension Litigation*; Case No. 5:24-cv-9470 (N.D. Cal., Hon. Beth Labson Freeman). I have been appointed class counsel in a number of class actions under consumer protection statutes*. See, e.g., Williams v. The Pisa Group, Inc.* Case No. 2:18-cv-04752 (E.D. Pa. Jan. 19, 2024); *Buchanan v. SiriusXM, Inc.*, Case No. 3:17-cv-000728-D (N.D. Tex. Jan. 28, 2020); *Justin Mark Boise v. ACE American Ins. Co.;* Case No. 1:15-cv-21264 (S.D. Fla. Oct. 18, 2017) (TCPA)*; Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017); *Teofilo Vasco, et al. v. Power Home Remodeling Group LLC;* Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016)*; John Colin Suttles, et al. v. Specialty Graphics, Inc.;* Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016)*; Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.,* Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013); *Gretchen Patch, et al. v. Millennium Products, Inc.,* Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012).

17.     I was partner overseeing this case and trial counsel. My requested hourly rate is $725.00 and my firm's hours expended are 54.05 hours.

18.     Leigh S. Montgomery is currently a partner at EKSM, and was an attorney with Ellzey & Associates, PLLC (formerly Hughes Ellzey, LLP) since April of 2019, and a trial lawyer since she began her career in 2008. She graduated from Baylor University Law School in Waco, Texas in 2008. Since 2008, she has represented a broad spectrum of individuals and small businesses in both personal injury, commercial litigation, first party insurance, and employment actions. She has significant first and second-chair trial experience in multiple cases. She also has significant appellate experience, litigating claims in both State and Federal Appellate Courts

in multiple venues, including the Fifth Circuit and Ninth Circuit Federal Courts of Appeal, as well as handling oral argument.

19.    Leigh S. Montgomery has recent experience litigating data security matters across the nation in over two hundred and fifty matters, including: *Veronica Marin v. El Centro del Barrio dba CentroMed,* Case No. 5:24-cv-00571 (W.D. Tex.); *Elwon Mathavongsy v. TRC Staffing Services, Inc. dba TRC Talent Solutions, Case No. l:24-cv-02483 (ND. Ga.); Clayton v. PruittHealth, Inc.,* Case No. 1:24-cv-02960 (N.D. Ga.); *Melissa MicSak v. Call 4 Health, Inc.,* Case No. 9:24-cv-80870 (S.D. Fla.); *Sean Barbery v. M&M Transport,* Case No. 1:24-cv-12042 *(D. Mass.); Antonio Valle, et al. v. First Commonwealth Federal Credit Union,* Case No. 2024-C-2893 (Lehigh County, PA); *James Bertsch, et al. v. Pocahontas Medical Clinic, PA,* Case No. 61CV-24-103 (Randolph County, AR); *Lataniya Frazier v. Baptist Health Medical Center,* Case No. 60CV-24-8301 *(Pulaski County, AR); Robert Dapello v. Riverside Resort & Casino,* Case No. 2:24-cv-01732 (D. Nev.); *Haskins v. Stillwater Mining Company,* Case No. DV-48-2024-0000061 (Stillwater County, MT); *Harris v. ERLC, LLC dba Elitecare Emergency Hospital, Case No. 24-cv-1622 (Galveston County, TX); William Moore v. Johnson & Wales University,* Case No. 1:24-cv-00409 (D. R.I.); *William Adams et al. v. Family Health Center,* Consolidated Case No. 2024-0404-NO (Kalamazoo County, Michigan); *Chris Anderson as next friend of Joyner Anderson Baker v. Brockton Area Multi Services, Inc.,* Case No. 1:24-cv-11607 *(D. Mass.); Jacob Baggett v. State University of New York At Niagara et al.,* Case No. 1:24-cv-00645 *(WD. New York); Michael Bodem v. Justice Resource Institute, Inc.,* Consolidated Case No. 1:24-cv-11856 (D. Mass.); *Lameeka Chambers v. The Charlotte-Mecklenburg Hospital Authority,* Case No. 3:24-cv-00887 (D. North Carolina); *Guchait et al. v. Momin & Momin, PLLC, Case No. 24-DCV-322363 (Ft. Bend*

*County, TX); Fares et al. v. C.K.S. Packaging, Inc.,* Case No. 1:24-cv-04586 (ND. GA); *Michael Harrison et al. v. PECO Foods, Inc.,* Consolidated Case No. 7:24-cv-01034 (N.D. AL); *Douglas Long v. Avis,* Consolidated Case No. 2:24-cv-09243 (D. NJ); *Chris Kidder v. American Addiction Centers, Inc.,* Case No. 3-25-cv-00032 (Middle D TN); *Eduardo Guillen v. Akumin Operating Corp.,f/k/a Akumin Corp.,* Case No. 0:25-cv-60088 (S.D. Fla.); *Danella Claytor v. TECTA America Corp.,* Case No. 1:25-cv-00525 (ND. IL); *Alberta Ruiz v. Stiizy, Inc.*, Case No. 25STCV01549 (Superior Court CA).

20.     Based on the above experience, Leigh S. Montgomery's rate of $650.00 is reasonable.

21.     Alice Newlin joined the firm in May of 2019 as a paralegal with 20+ years of experience in the legal field. Although she obtained her paralegal certification from the University of Houston in 2015, she has worked as a legal assistant for her considerable career. She has served as the head paralegal for the firm's FLSA litigation docket since the fall of 2019 and has provided paralegal support for this matter since its inception. Ms. Newlin's hourly rate is $150.00.

22.     More information about ESKM, LLP and its attorneys and employees, including myself, can be found in the firm resume attached as **Exhibit 3.**

23.     EKSM was retained by Plaintiff Tyler Blankenship to file suit against Defendant Leonard's Express, Inc. in 2024.

24.     Blankenship provided EKSM with documentation and a clear recitation of the facts, which enabled us to file suit.

25.     Blankenship expressed a desire to represent a class of others who were subject to the data breach at issue in this case, and did not simply want to recover for himself.

26.     Due to his recordkeeping, responsiveness and dedication to representing others,

my colleagues and I determined Blankenship would be a great class representative and opted to file his case as a class action as he wished to do.

27.    Blankenship has ably represented the Settlement Class, including maintaining contact with our office, following the progress of the litigation, assisting in the Action's investigation, maintaining contact with Class Counsel, reviewing case documents, being prepared to assist with discovery, and answering Class Counsel's many questions.

28.    Blankenship has been instrumental in assisting Class Counsel throughout this proceeding, and his efforts ensure that Settlement Class received the best recovery possible given the particular circumstances and risks of the action.

29.    Our office vigorously pursued Plaintiff's and the Settlement Class's interests in securing Settlement, bringing immediate, valuable benefits while avoiding the risks of continued litigation. In doing so, we leaned on our extensive experience in data breach litigation, our detailed investigation of this particular matter, and informal discovery exchanged during the course of negotiations in this case.

30.    The Parties to this case engaged in arms-length settlement negotiations, and on November 12, 2024, they filed a Joint Letter informing the Court of the Settlement and requesting a stay on all deadlines (ECF No. 12). Settlement negotiations were based on the informal discovery conducted and an exchange of information related to liability and damages. As a result of negotiations, the Parties negotiated a fair and reasonable settlement similar to or exceeding the value of other similar data breach class action settlements. Thereafter, the Parties spent weeks negotiating, drafting, and finalizing the finer points of the Settlement in the Agreement.

31.    Notably, the attorneys' fees and service award in this case were negotiated

between the Parties separately from the amount of recovery for the class. Specifically, the Parties did not discuss the payment of attorneys' fees, costs, expenses and/or any service award to Plaintiff until after the substantive terms of the settlement had been agreed upon, other than the agreement that Defendant would not object to a request for reasonable attorneys' fees, costs, expenses, and a service award to Plaintiff as may be ordered by the Court.

32.    Plaintiff approves of the terms of the Settlement, as do Class Counsel, based on their deep experience litigating data breach and other class actions.

33.    The Settlement Administrator implemented the Notice Program.

34.    The Claim submission process was structured to give all Settlement Class members adequate time to review the Settlement terms, submit their Claims, and decide whether to opt-out of or object to the Settlement.

35.    Plaintiff's counsel faced numerous risks and challenges in litigating this case, including maintaining class certification through trial. In addition, Defendant is represented by extremely capable counsel who are worthy, highly competent adversaries who raised numerous defenses, creating uncertainty in the ultimate outcome of this case at trial.

36.    Class Counsel undertook this case on a completely contingent fee basis, with no guarantee of recovery of fees or expenses. Class Counsel were obligated to provide sufficient attorney and paralegal resources to prosecute the action, while facing the possibility that they would not receive any fees. Class Counsel remains completely uncompensated for the time invested in the Action, in addition to the substantial costs they have advanced.

37.    Based on the above, I respectfully request that this Court grant final approval of the class settlement, which I believe to be fair and adequate to the members of the class, and set a final fairness hearing date and time.

38.    I also respectfully request this Court grant an award of attorneys' fees to EKSM in the amount of $108,225.00, which includes costs in the amount of $837.22.

39.    Finally, I request Plaintiff Tyler Blankenship be awarded $3,000.00 as a representative incentive award for his commitment to the class in the course of this litigation and during settlement negotiations.

I declare under penalty of perjury of the laws of the State of Texas and the United States that the foregoing is true and correct to the best of my ability.

Dated:        June 9, 2025

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey

# EXHIBIT 1

# ELLZEY KHERKHER SANFORD & MONTGOMERY LLP
## Transaction Report
### All Dates

|  | Date | Transaction Type | Num | Name | Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Blankenship, Tyler v Leonards** | | | | | | | | | |
| | 05/24/2025 | Journal Entry | EA - 382 | Thomson Reuters | BLANKENSHIP | Accrued Case Expenses | -Split- | 0.83 | 0.83 |
| | 05/24/2025 | Journal Entry | EA - 382 | Thomson Reuters | 00912-BLANKENSHIP | Accrued Case Expenses | -Split- | 31.39 | 32.22 |
| **Total for Blankenship, Tyler v Leonards** | | | | | | | | **$ 32.22** | |

Wednesday, Jun 04, 2025 07:05:29 AM GMT-7 - Accrual Basis

# EXHIBIT 2

# The Kantor Gullo Law Firm PLLC

## Transaction Detail Blankenship

### All Dates

| DATE | TRANSACTION TYPE | NAME | MEMO/DESCRIPTION | AMOUNT | CLIENT |
|------|------------------|------|------------------|--------|--------|
| Blankenship | | | | | |
| 08/05/2024 | Check | Key Bank Credit Card (CMG) | Class Action Blankenship | 405.00 | Blankenship |
| 03/28/2025 | Check | KeyBank CC SLK | Blankenship PHV Motions | 400.00 | Blankenship |
| **Total for Blankenship** | | | | **$805.00** | |

# EXHIBIT 3



# FIRM RESUME



# About the Firm

**We Win. Things Change**.
EKSM, LLP, a newly formed firm resulting from the merger of three established plaintiff litigation firms. EKSM's members have a proven track record of successfully handling complex class action lawsuits, ensuring justice for all members of the class. Our class action attorneys are dedicated to representing groups of plaintiffs who have been harmed by defective products, fraudulent practices, or other widespread misconduct.

# Locations Nationwide

**TEXAS**
4200 Montrose St. Suite 200
Houston, TX 77006

**ARKANSAS**
10800 Financial Centre Pkwy,
Suite 510
Little Rock, AR 72211

**(713)-244-6363**

contact@eksm.com

# Areas of Practice

- Antitrust
- Arbitration
- Business Dispute
- Class Action
- Data Breach & Privacy
- Environmental
- Insurance Recovery
- Intellectual Property & Technology

- Labor, Employment, Benefits, & Pension
- Mass Casualty Event
- Mass Tort
- Personal Injury
- Product Liability
- Property Damage
- Qui Tam & False Claims Act
- Shareholder & Securities

# Admitted States

Texas • Arkansas • New Mexico • Colorado • Wisconsin • Illinois • Michigan • Louisiana • Ohio • North Dakota • Oklahoma • California • Massachusetts • District of Columbia



---

# Attorney Profiles

---

## Jarrett Lee Ellzey
*Managing Partner*



**Jarrett L. Ellzey** is deeply committed to championing the rights of the injured, combating corporate misconduct, and holding wrongdoers accountable. With offices located in Texas and New Mexico, he has stood by plaintiffs in personal injury cases, navigated nationwide consumer class actions, and tackled labor disputes in federal courts across key states like Texas, California, New Mexico, Pennsylvania, New York, Florida, and more.

Jarrett is Board Certified in Civil Trial Law by the Texas Board of Legal Specialization and a member of the esteemed American Board of Trial Advocates. He is admitted to practice in in the state jurisdictions of Texas and New Mexico. Jarrett is also admitted to practice before the United States Supreme Court, The Fifth Circuit Court of Appeals, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Central District of Illinois, and U.S. Bankruptcy Court for the District of New Mexico.

Jarrett boasts a remarkable record of trying a high volume of diverse cases, including securing an eight-figure verdict in only his second jury trial and notching over $23 million in verdicts during a successful five-year period. His work in a high-stakes commercial real estate dispute earned him recognition in the Texas Verdict Hall of Fame and showcased his prowess in navigating complex legal terrain.

Jarrett has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class). Mr. Ellzey has been appointed class counsel in a number of class actions under consumer protection statutes. *See, e.g., Williams v. The Pisa Group, Inc.* Case No. 2:18-cv-04752 (E.D. Pa. Jan. 19, 2024); *Buchanan v. SiriusXM, Inc.*, Case No. 3:17-cv-000728-D (N.D. Tex. Jan. 28, 2020); *Justin Mark Boise v. ACE American Ins. Co.;* Case No. 1:15-cv-21264 (S.D. Fla. Oct. 18, 2017) (TCPA)*; Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case



No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017); *Teofilo Vasco, et al. v. Power Home Remodeling Group LLC;* Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016)*; John Colin Suttles, et al. v. Specialty Graphics, Inc.;* Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016)*; Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.,* Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013); *Gretchen Patch, et al. v. Millennium Products, Inc.,* Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012).

Jarrett has also worked on data breach class actions as local counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-CI11856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23-cv-022-LY; *Kurt Phillips v Bay Bridge Administrators*, LLC (W.D. Tex.); Cause No. 22-DCV-298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center (* Bexar County, Texas).  Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D. Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

# Tom Kherkher
*Managing Partner*



**Tom Kherkher** is the Founding Attorney of The Kherkher Law Firm and an Associate Attorney of Kherkher Garcia. He is doing what he loves everyday – fighting against injustice.

Before becoming a lawyer, Tom attended college at the University of California Santa Barbara, where he obtained his degree in a quick two and a half years. He then studied law at South Texas College of Law and graduated cum laude, again graduating in only two and a half years.

After graduating from law school and passing the Texas bar, Tom immediately founded his own law firm in Houston, Texas. He opened his law firm to fight for people and bring them justice. Tom explains, "The legal system is a place where I can make a real difference. Where I can give the little guy a voice. Where I can hold mega-corporations accountable for valuing profits over people." At EKSM, Tom and his staff work tirelessly and passionately to recover damages for individuals who have suffered from the negligence of others. Attorney Tom holds responsible parties accountable.

Hard work and persistence are attributes that helped Tom achieve success in and out of the legal profession. His successes are clear in the wins that he has had for his clients. Tom explains, "We



have an outstanding track record of success here. We are willing to take on the biggest and most complex cases. No matter how difficult the case, we will persist and work all avenues of attack throughout the entire legal process from start to finish. We strive for excellence in every aspect, and we do not hesitate to take cases to trial when needed."

Tom Kherkher is licensed to practice law in U.S. Southern District of Texas and all courts of the State of Texas and Louisiana.

# Josh Sanford
*Managing Partner*



**Josh Sanford** practices almost exclusively in employment litigation, focusing on wage-and-hour law. This includes trial work in cases arising under the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. Josh was voted "Best Attorney" (tie) in a readers' poll published by The Courier in Russellville, AR. Josh has served as the president of the Pope County Bar Association. In addition, Josh has been a member of the American, Arkansas and Pope County Bar Associations, the Arkansas Trial Lawyers Association, the National Employment Lawyers Association, the Russellville Kiwanis Club, and the Russellville Chamber of Commerce.

Josh has served as class counsel in several cases which the presiding Courts granted motions to proceed as a Rule 23 class: *Bonton v. Centerfold Entertainment Club, Inc.,* No. 6:14-CV-6074-RTD (W.D. Ark.); *Oliva v. C.L.A. Incorporated,* 4:12-CV-243 (E.D. Ark.); and *Sherri Dandison, et al. v. Hanks Furniture, Inc.,* 4:15-62-DPM.

Josh has experience litigating FLSA matters in the following cases: *Samuel Rorie v. Woodstone Craft Pizza*, Case No. 5:20-cv-05106-TLB (W.D. Ark); *Wesley Kelley v. Invacor Solutions*, Case No. 4:20-cv-02013 (S.D. Tex); *Lashanna Girtmon v. Vera Lloyd Presbyterian Family Services*, Case No.4:20-cv-00762-DPM (E.D. Ark); *Carol Lehmkuhl v. Travel Nurse Across America,* Case No. 4:20-cv-00518-DPM (E.D. Ark); *Vicki Causey v. Bank OZK*, Case No. 4:20-cv-00687-DPM (E.D. Ark); *Cecilia Baker v. Summit Community Care*, Case No. 4:20-cv-00508-KGB (E.D. Ark); *Edward Ward v. Liberty Oilfield Services*, Case No. 5:20-cv-00531-OLG (W.D. Tex); *Daniel Soto v. Marquez Construction and Maintenance*, Case No. 7:20-cv-00101-DC-RCG (W.D. Tex); *William Fingerhut v. Pradco Outdoor Brands*, Case No. 2:20-cv-02062-PKH (W.D. Ark); *Kneuss (Laurie) v. Aces LLC*, Case No. 2:20-cv-00773-MHH (N.D. Ala); *Harris (Nelson) v. Ratner Steel*, Case No. 3:20-cv-00112-KGB (E.D. Ark); *Thomas Clark v. Southwest Energy*, Case No. 4:20-cv-00475-KGB (E.D. Ark); *Calvin Collins v. Pel-State Services*, Case No. 7:20-cv-00083-DC-RCG (W.D. Tex); *Amy Williams v. Coryell County Memorial Health Authority*, Case No. 6:20-cv-00223-ADA (W.D. Tex); *Andres Leal v. Cobb, Fendley & Associates, Inc.*, Case No. 5:20-cv-00372-OLG (W.D. Tex*); Kametric Burley v. Central*



*Arkansas Area Agency on Aging*, Case No. 4:20-cv-00226-DPM (E.D. Ark); *Holmes (Roy) v. Stetson Courier*, Case No. 4:20-cv-00191-DPM (E.D. Ark); *Brigid Lewis v. Shine Solar LLC*, Case No. 5:20-cv-05038-ELW (W.D. Ark); *Chad McCann v. CCI Contractors*, Case No. 4:20-cv-00184z (E.D. Ark); *Kevin Simmons v. Arkansas Blue Cross and Blue Shield*, Case No. 4:20-cv-00137-KGB (E.D. Ark); *Queen Watson v. Patient Matters LLC*, Case No. 3:20-cv-00050-JM (E.D. Ark); *Nikki Vanhorn v. Community Builders Inc*, Case No. 4:20-cv-00118-DPM (E.D. Ark); *Rebekah Fleming v. Tanner's Neighborhood Bar and Grille*, Case No. 6:20-cv-06010-RTD (W.D. Ark); *Tyler Wolfe v. Affordable Rooter Service*, Case No. 4:20-cv-00156-LPR (E.D. Ark); *Johnathan Yasevich v. The Heritage Company*, Case No. 3:20-cv-00019-KGB (E.D. Ark); *Toquata Tappin v. Servicemaster Twin Cities,* Case No. 4:19-cv-00912-JM (E.D. Ark); *Crystal Daniels v. Quapaw Bath and Spa*, Case No. 6:19-cv-06149-RTD (W.D. Ark); *William Hallman v. Peco Foods*, Case No. 3:19-cv-00368-DPM (E.D. Ark); *Stephanie Withrow v. Vantage Point Behavioral Health*, Case No. 5:19-cv-05220-TLB (W.D. Ark); *Demarius Roberts v. Rreaf Residential*, Case No. 4:19-cv-00812-KGB (E.D. Ark); *Kimberly Dunlap v. Flash Market*, Case No. 4:20-cv-00005-BSM (E.D. Ark); *Leroy Botello v. Mission Cycle Sports*, Case No. 5:19-cv-01348-OLG (W.D. Tex); *Jamie Thomas v. Viskase*, Case No. 3:19-cv-00330-DPM (E.D. Ark); *Bianica Godwin v. KMAC*, Case No. 1:19-cv-01055-SOH (W.D.Ark); *Holly Treadway & Christian Manna v. Cash Savers*, Case No. 3:19-cv-00321-DPM (E.D. Ark); *Will Heslip v. Nixon Engineering*, Case No. 5:19-cv-01327-XR (W.D. Tex); *Stephanie Dollar v. Kirin Garden*, Case No. 4:19-cv-00730-LPR (E.D. Ark); *Brandon Dean v. Bradford Estates, LLC*, Case No. 4:19-cv-00748-BSM (E.D. Ark); *Trace Pate v. Jones Land Leveling*, Case No. 3:19-cv-00280-DPM (E.D. Ark); *Michael Mitchell v. Brown's Moving and Storage*, Case No. 4:19-cv-00783-LPR (E.D. Ark); *Anthony Woods v. Cenikor Foundation*, Case No. 22-20434 (S.D. Tex); *Cheryl Bolden v. Sharon Callahan-Hair Tech Studios*, Case No. 4:19-cv-00802-KGB (E.D. Ark); *Sonobia Parker v. Tenaris Hickman*, Case No. 3:20-cv-00005-DPM (E.D. Ark); *Daniel Ybarra v. Mulder Fire Protection, Inc.*, Case No. 5:19-cv-01302-JKP-RBF (W.D. Tex); *Edward Dennis v. Diamond Pet Foods*, Case No. 5:19-cv-00296-LPR, (E.D. Ark); *Marcus Munoz v. Ironclad Energy, LLC*, Case No. 5:19-cv-01251-DAE (W.D. Tex); *David Salmon v. XTO Energy*, Case No. 4:19-cv-00768-BSM (E.D. Ark); *Felisha Peel v. Independent Choices*, Case No. 4:19-cv-00795-BSM (E.D. Ark); *Teresa Wisneski v. Belmont Management*, Case No. 2:19-cv-02523-JAR-ADM (D. Kan); *Justin Craven v. Neeley's Towing and Recovery*, Case No. 4:19-cv-04115-SOH (W.D. Ark); *Kimillia Carswell v. Travel Inn of Hazen*, Case No. 4:19-cv-00612-LPR (E.D. Ark); *James Ewing v. Pizza Czar, Inc.,* Case No. 3:19-cv-00232-LPR (E.D. Ark); *Bonnie Norman v. Independent Case Management*, Case No. 4:20-cv-00492-DPM (E.D. Ark*); Charles Meyers v. Hughes Group*, Case No. 4:19-cv-00806-KGB (E.D. Ark); *Randal Huff v. Preferred Family Healthcare, Incorporated*, Case No. 3:19-cv-00193-BSM (E.D. Ark); *Nathan Andrews v. Producers Service Corp*, Case No. 2:19-cv-02514-EAS-KAJ (S.D. Ohi); *John Newsome v. QES Pressure Control, LLC,* Case No. 7:19-cv-00150-DC-RCG (W.D. Tex); *Albert Rodriguez v. Superior Real Estate Solutions, LLC*, Case No. 4:19-cv-00405-DPM (E.D. Ark); *Brent Wall v. Signal Hill Virtual Inspection Solutions*, Case No. 4:19-cv-00465-BSM (E.D. Ark); *Joshua Doss v. Custom Auto Service*, Case No. 4:19-cv-00296-KGB (E.D. Ark); *Jennifer Boone v. Marc Campbell Enterprises, Inc*, Case No. 4:19-cv-00271-LPR (E.D. Ark); *Robert Smart v. City of Hughes*, Case No. 2:19-cv-00047-KGB (E.D. Ark); *Tammy Carden v. The Logan Center*, Case No. 3:19-cv-00167-DPM (E.D. Ark); *David Brown v. Trinity Multifamily*, Case No. 4:19-cv-



00617-LPR (E.D. Ark); *Jonathan Esparsen v. Ridley's Family Market*, Case No. 1:18-cv-01556-RM-GPG (D. Col); *Louis Sheffield v. Stewart Builders*, Case No. 4:19-cv-01030 (S.D. Tex); *Terry Cothern vs. Reynolds Manufacturing*, Case No. 1:19-cv-03064 (N.D. Ill); *Sean Harrison vs. Dynasty Taxi Service*, Case No. 5:19-cv-05025-TLB (W.D. Ark); *Jonathan Jones v. Jhook Investments, Inc.*, Case No. 4:19-cv-00105-BSM (E.D. Ark); *Evanjelina Rodriguez vs. George's Poultry*, Case No. 5:19-cv-05035-ELW (W.D. Ark); *Donald Adkinson v. Tiger Eye Pizza, LLC and Ken Schroepfer*, Case No. 4:19-cv-04007-SOH (W.D. Ark); *Vincent Ross vs. Magnolia Flooring Mill*, Case No. 1:18-cv-01075-SOH (W.D. Ark); *Kasey Fox vs. TTEC*, Case No. 4:19-cv-00037-KGB (E.D. Ark); *Tiara Turner vs. Concentrix Corporation*, Case No. 1:18-cv-01072-SOH (W.D. Ark); *Norris Allen (NC) v. Express Courier*, Case No. 4:20-cv-00198 (S.D. Tex); *George Brandon, (SC) v. Express Courier*, Case No. 4:20-cv-00455 (S.D. Tex); *Carol Arroyo (TX) v. Express Courier,* Case No. 4:18-cv-00010 (S.D. Tex); *Paige Acklin (TN) v. Express Courier, Case* No. 4:20-cv-00162 (S.D. Tex); *Kevin Marshall (FL) v. Express Courier*, Case No. 4:20-cv-00796 (S.D. Tex); *Amanda Ryte (GA) v. Express Courier*, Case No. 4:20-cv-00238 (S.D Tex*); David Bell (KY) v. Express Courier*, Case No. 4:20-cv-00184 (S.D. Tex); *Hansel Carter v. Express Courier (LA)*, Case No. 4:19-cv-01124 (S.D. Tex); *Frank Barber (MO) v. Express Courier*, Case No. 4:20-cv-00271 (S.D. Tex); *Anthony Campbell (MS) v. Express Courier*, Case No. 4:20-cv-00713 (S.D. Tex); *Willie Nicks (OK) v. Express Courier*, Case No. 4:20-cv-00250 (S.D. Tex); *Jessie Bascomb (AL) v. Express Courier*, Case No. 4:20-cv-00420 (S.D. Tex); *Martin Barnette (AR) v. Express Courier*, Case No. 4:20-cv-00210 (S.D. Tex); *Juan Segovia v. Fuelco Energy, LLC*, Case No. 5:17-cv-01246-JKP (W.D. Tex); *Jesus Casarez v. Producers Service Corp*, Case No. 23-3247 (S.D. Ohi); *Vanessa York v. Velox Express*, Case No. 3:19-cv-00092-RGJ-CHL (W.D. Ken); *Craig Coates v. Dassault Falcon Jet*, Case No. 4:17-cv-00372-BSM (E.D. Ark); *Christopher Huey v. Trinity Multifamily*, Case No. 4:20-cv-00685-LPR (E.D. Ark); *Amy Robbins vs. Arkansas Aggregate*, Case No. 4:19-cv-00093-JJV (E.D. Ark); *Ian Dolphin vs. Two Men and a Truck*, Case No. 4:18-cv-00810-PSH (E.D. Ark); *Cynthia Galigher v. NEO Cabinets Inc*, Case No. 2:20-cv-02140-PKH (W.D. Ark); *Dana Dahl v. Bay Power*, Case No. 4:20-cv-07062-HSG (N.D. Tex); *Ethan Autrey v. Harrigan Lumber Co., Inc.*, Case No. 1:20-cv-00572-WS-MU (S.D. Ala); *Nukol Bailey v. Care Above All Care,* Case No. 4:20-cv-01058-KGB (E.D. Ark); *Sheila McCoy v. Elkhart Products Corporation*, Case No. 5:20-cv-05176-PKH (W.D. Ark); *John King v. Rockline Industries*, Case No. 2:20-cv-02188-PKH (W.D. Ark); *Teresa Tenorio v. Coast to Coast Carports*, Case No. 2:20-cv-02193-PKH (W.D. Ark); *Rene Castillo v. ISEC, Inc*., Case No. 5:20-cv-01269-FB (W.D. Tex); *Dietrick Greenlaw v. B&M Management*, Case No. 4:20-cv-01286-DPM (E.D. Ark); *Anthony Hogan v. Hot Springs Nursing and Rehabilitation*, Case No. 6:20-cv-06130-RTD (W.D. Ark); *Brandon Ware v. Shake Shack*, Case No. 1:20-cv-07071 (N.D. Ill) *Mattie Powell v. French Quarter*, Case No. 6:20-cv-06145-SOH (W.D. Ark); *Dusty Morton v. Acorn Forestry*, Case No. 9:20-cv-00245-MJT (E.D. Tex); *Patrick Latronico v. VK Knowlton Construction*, Case No. 5:20-cv-01474-XR (W.D. Tex); *Charlotte Mahoney v. CHI Health*, Case No. 8:21-cv-00023-JFB-MDN (D. Nev); *William Quinn v. Spirit Manufacturing Inc*, Case No. 3:21-cv-00031-BSM (E.D. Ark); *Samantha Butler v. Superior Towing, Inc*., Case No. 1:21-cv-00659 (N.D. Ill); *Michael Troxel v. Gunite Pros LLC*, Case No. 1:21-cv-00057-WS-N (S.D. Ala); Jana Szarka v. Culver's, Case No. 1:21-cv-0084 (N.D. Ill); *Christopher Looney v. Weco, Inc*., Case No. 4:21-cv-00165-KGB (E.D. Ark); *Charles Wilks v. Faulkner County Sheriff's Department*, Case No. 4:21-cv-00163-KG (E.D. Ark); Carlos



Tremols v. Juan Barcenas Insurance and Financial, Case No. 5:21-cv-05057-PKH (W.D. Ark); *Shawn Smith v. Premier Utilities and Drilling*, Case No. 4:21-cv-00232-DP (E.D. Ark); *Misty Farmer v. Boone County Independent Living, Inc*., Case No. 3:21-cv-03027-TLB (W.D. Ark); *Christopher Church v. Cerro Wire LLC*., Case No. 5:21-cv-00988-HNJ (N.D. Ala); *Patricia Stewart v. Ashley Furniture and/or Red Mountain Retail Inc.*, Case No. 2:21-cv-00989-AKK (N.D. Ala); *Caralyn Friedly v. Union Bank & Trust Co*., Case No. 4:21-cv-03105-JMG-CRZ (D. Neb); *Sharonna Parker v. Coast to Coast Carports*, Case No. 2:21-cv-02110-PKH (W.D. Ark); *Daniel Loebsack v. Dufresne Spencer Group, LLC*., Case No. 4:21-cv-01884 (S.D. Tex); *Danny Calloway v. Boyne Resorts*, Case No. 1:21-cv-00521-JMB-SJB (W.D. Mic); *Stacy Wihebrink v. Life Strategies Counseling*, Case No. 4:21-cv-00573-DPM (E.D. Ark); *Donna Allshouse v. The Joshua Agency*, Case No. 1:21-cv-01032-SOH (W.D. Ark); *Alisa Park v. B & M Management*, Case No. 2:21-cv-00509-MHT-KFP (M.D. Ala); David Hortsman v. Ozinga Bros, Inc., Case No. 1:21-cv-04264 (N.D. Ill); *Edith Stanfield v. Lasalle Corrections*, Case No. 2:21-cv-01535-DJH (D. Ari); *Evan Tellor v. KMac Enterprises*, Case No. 1:21-cv-00110-ACL (E.D. Mis); *Michelle Hanus v. Harting, Inc*., Case No. 1:21-cv-05289 (N.D. Ill); *Harvie Johnson v. Driven Brands Shared Services*, Case No. 2:21-cv-02144-PKH (W.D. Ark); *Hope Ivey v. Royal BP Corp*, Case No. 5:21-cv-00367-TES (M.D. Geo); *Michael Hames v. Stetson Courier*, Case No. 3:21-cv-00218-KGB (E.D. Ark); John Norvell v. Dedman's Sanitation, Case No. 3:21-cv-00233-KGB (E.D. Ark); *Jack Daniel v. Pacific NW, LLC*, Case No. 2:21-cv-02187-MTL (D. Ari); *Landon Taunton v. Korens USA,* Case No. 3:21-cv-00844-ECM-SMD (M.D. Ala); *Cayla Jackson v. Prairie County Sheriff's Office*, Case No. 4:22-cv-00093-JM (E.D. Ark); *Kayla Pike v. GRKSTL Transportation Inc.*, Case No. 4:22-cv-04018-SOH (W.D. Ark); *Tierra Land v. Centerfold*, Case No. 6:21-cv-06153-SOH (W.D. Ark); *Kim Massey v. Jenkins Industries*, Case No. 4:22-cv-00148-KGB (E.D. Ark); Chris Mills v. Rocky Mountain Concrete Specialists, Case No. 1:22-cv-00396 (D. Col); Oscar Moreno Briz v. Protrans International, Inc., Case No. 7:22-cv-00144 (S.D. Tex); *Andrea Guynes v. Lakeside Community Committee*, Case No. 1:22-cv-00784 (N.D. Ill); *Alexa Andrade Acuna v. Visionquest*, Case No. 4:22-cv-00166-EJM (D. Ari); Hamonn Pratt v. SC Realty Services, Case No. 4:22-cv-00286-KGB (E.D. Ark); *Taylor Philo v. Degler Enterprise*, Case No. 5:22-cv-00240-BO-RJ (E.D. N.C.); *John Knight v. Sierra Tucson LLC*, Case No. 2:22-cv-00737-CDB (D. Ari); *Mark Carman v. Portsmouth Redevelopment and Housing Authority*, Case No. 2:22-cv-00313-AWA-RJK (E.D. Vir); *Theresa Smith v. Felder Services LLC*, Case No. 1:22-cv-00120-JB-B (S.D. Ala); *Rockell Bogan v. Ashley Health and Rehab*, Case No. 5:22-cv-05096-TLB (W.D. Ark); *Tynika Munn v. Sweetie Boy Transportation, LLC*, Case No. 3:22-cv-00512-REP (E.D. Vir); *Josephine Havey v. The Countertop Factory Southwest*, Case No. 4:22-cv-00242-SHR (D. Ari); *Taiwan Wallace v. Evergreen Packaging*, Case No. 4:22-cv-00337-KGB (E.D. Ark); *Allan Carson v. Peco Foods*, Case No. 3:22-cv-00113-KGB (E.D. Ark); *Ileana Medina v. Wild Thing LLC*, Case No. 1:22-cv-03546 (N.D. Ill); *Tony Manzo v. Engrained Cabinetry and Countertops*, Case No. 3:22-cv-08081-JJT (D. Ari); *Ine Nweke v. Aster Health Group Inc.,* Case No. 1:22-cv-02410 (N.D. Ill); *Dustin Hyde v. 316 Towing & Road Service Inc.*, Case No. 2:22-cv-00103-RWS (N.D. Geo); *Matthew Williams v. Nomad, LLC*, Case No. 1:22-cv-03544 (N.D. Ill); *Sarah Donica v. True Star Capital LLC*, Case No. 7:22-cv-00173-DC-RCG (W.D. Tex); *Seth Terry v. B&H Enterprises*, Case No. 6:22-cv-1668-AA (D. Ore); *William Fuelberth v. Godfather's Pizza*, Case No. 8:22-cv-00195-SMB(D. Neb); *John Monroe v. Clowers Enterprises Inc*., Case No. 6:22-cv-06094-SOH (W.D. Ark);



*Edwin Tarley Jr v. Environmental Specialist International Inc.*, Case No. 4:22-cv-00116-M-RJ (E.D.N.C.); *Nicholas Washington v. Pipelife Jetstream*, Case No. 5:22-cv-05165-TLB (W.D. Ark); *Joseph Weinman v. Spectrum Paint Company, Inc.*, Case No. 4:22-cv-00857-DPM (E.D. Ark); *DeShanta Brewster v. Mission Point Healthcare Services*, Case No. 2:22-cv-12220-MFL-KGA (E.D. Mic); Marquez Miller v. Razors Edge Pizza, Incorporated, Case No. 4:22-cv-00722-DPM (E.D. Ark); *Elander Woodall v. Evergreen Packaging*, Case No. 1:23-cv-00459 (N.D. Ill); *Iman Anderson v. Imani Lounge, LLC*, Case No. 1:22-cv-00652-KFP (M.D. Ala).

# Leigh S. Montgomery
*Managing Partner*



**Leigh S. Montgomery** has spent her entire legal career helping individuals and small businesses maximize the results they can achieve from the civil justice system. Whether fighting the insurance industry or one individual, she will happily represent her clients from pre-lawsuit negotiations through trial and appeal until they get the very best legal resolution to their disputes. She is a founding member of EKSM and co-lead of the litigation team, along with Mr. Ellzey.

Leigh has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Outside of the data breach context, Ms. Montgomery has an active nationwide wage and hour and class action practice. She has served as counsel in class actions matters from the filing of the complaint to final approval of the settlement, including briefing and arguing class certification. *See, e.g., Heath et al. v. TFS Dining, LLC, et al;* Case No. 1:20-cv-899 (W.D. Tex.) (obtaining summary judgment on employee status and a final judgment on all damages after a jury trial); *Manasco et al. v Best in Town. d/b/a The Furnace et al;* Case No.: 2-21-cv-00381 (N.D. AL) (Partial summary judgment on major liability issues); *Johnson et al. v. Houston, LP, LLC, et al.*; Case No.: 4:20-cv-00663 (S.D. TX)(Summary Judgment on issue of employee misclassification and affirmative defenses, and fees awarded); *Garcia et al. v Toezpecunia, Inc;* Case No. 6:22-cv-00639, (D. Or.)(Summary judgment on all major liability issues, including willfulness determination).

Recently, as counsel for the State of Texas in a case brought under the Texas Medicaid Fraud Prevention Act, Ms. Montgomery participated and assisted in recovering $40 million for the State after eleven years of litigation. Ms. Montgomery was a key litigator in the matter, handling key discovery hearings and dispositive motion briefing crucial to concluding the settlement.



Ms. Montgomery has experience litigating data breach matters in the following cases: *Veronica Marin v. El Centro del Barrio dba CentroMed*, Case No. 5:24-cv-00571 (W.D. Tex.); *Elwon Mathavongsy v. TRC Staffing Services, Inc. dba TRC Talent Solutions*, Case No. 1:24-cv-02483 (N.D. Ga.); *Tyler Blankenship v. Leonard's Express, Inc.*, Case No. 1:24-cv-00618 (W.D. N.Y); *Clayton v. PruittHealth, Inc.*, Case No. 1:24-cv-02960 (N.D. Ga.); *Melissa MicSak v. Call 4 Health, Inc.*, Case No. 9:24-cv-80870 (S.D. Fla.); *Sean Barbery v. M&M Transport,* Case No. 1:24-cv-12042 (D. Mass.); *Antonio Valle, et al v. First Commonwealth Federal Credit Union*, Case No. 2024-C-2893 (Lehigh County, PA); *James Bertsch, et al v. Pocahontas Medical Clinic, PA*, Case No. 61CV-24-103 (Randolph County, AR); *Lataniya Frazier v. Baptist Health Medical Center*, Case No. 60CV-24-8301 (Pulaski County, AR); *Robert Dapello v. Riverside Resort & Casino*, Case No. 2:24-cv-01732, (D. Nev.); *Haskins v. Stillwater Mining Company,* Case No. DV-48-2024-0000061 (Stillwater County, MT); *Harris v. ERLC, LLC dba Elitecare Emergency Hospital*, Case No. 24-cv-1622 (Galveston County, TX); *William Moore v. Johnson & Wales University*, Case No. 1:24-cv-00409, (D. R.I.), *William Adams et al v Family Health Center*; Consolidated Case No. 2024-0404-NO (Kalamazoo County, Michigan); *Chris Anderson as next friend of Joyner Anderson Baker v. Brockton Area Multi Services, Inc.* ; Case No. 1:24-cv-11607; (D. Mass.); *Jacob Baggett v State University of New York At Niagra et al*; Case No. 1:24-cv-00645 (W.D. New York); *Michael Bodem v Justice Resource Institute, Inc.;Consolidated* Case No. 1:24-cv-11856; (D. Mass); *Lameeka Chambers v The Charlotte-Mecklenburg Hospital Authority*; Case No. 3:24-cv-00887 (D. North Carolina); *Guchait et al v Momin & Momin, PLLC;* Case No. 24-DCV-322363 (Ft. Bend County, TX); *Fares et al. v. C.K.S. Packaging, Inc.;* Case No. 1:24-cv-04586 (N.D. GA); *Michael Harrison et al. v PECO Foods, Inc*.; Consolidated Case No. 7:24-cv-01034; (N.D. AL*); Douglas Long v Avis;* Consolidated Case No. 2:24-cv-09243 (D. N.J); *Chris Kidder v American Addiction Centers, Inc.,* Case No, 3-25-cv-00032; (Middle D TN); *Eduardo Guillen v Akumin Operating Corp., f/k/a Akumin Corp.,* Case No. 0:25-cv-60088; (S.D. Fla.); *Danella Claytor v TECTA America Corp*., Case No. 1:25-cv-00525 (N.D.IL); *Alberta Ruiz v Stiizy, Inc.*, Case No. 25STCV01549; (Superior Court CA); *Cheri Pfeifer as next friend of Z.P. (a minor) v. Pediatric Home Respiratory Services, LLC d/b/a Pediatric Home Services*, Case No. 0:25-cv-00247; (D. Minn.), *William Baysmore v. Tycon Medical Systems, Inc.,* Case No. 2:25-cv-00052; (E.D. VA); *Latisha Smith v. Cardiology Associates of Mobile, Inc*., Case No. 02-CV-2025-900265 (Circuit Court of Mobile County, AL); *Rene Garcia v Set Forth, Inc.,* Case No. 1:24-cv-11688; (N.D. IL); *Heidi Mathiasen v Thompson Coburn LLP*, Case No. 4:24-cv-01522, (E.D.MO); *Rebecca Battisfore v The College of American Pathologists*, Case No. 2024CH10183, (Circuit Court of Cook County, IL).



# Benjamin Eisner
## *Associate Attorney*



**Benjamin Eisner** practices Class Action litigation, primarily regarding Data Breaches, especially violations of HIPAA, HITECH, and failure to comply with FTC Guidelines. Prior to joining EKSM Benjamin worked as an Assistant Briefing Attorney for Criminal Defense Appeals, where he gained a deep understanding of analyzing statutes for violations that have major repercussions for individuals. As one of EKSM's drafting attorneys Benjamin will apply his ability to analyze statutory violations by business entities in being able to bring justice and compensation to our clients.

After graduating from the University of Alabama in 2015 Benjamin made his way back to Houston and graduated from South Texas College of Law – Houston in 2024. Joining EKSM in 2025 after finishing a Legal Fellowship for The Randall O. Sorrels Legal Clinics. During his time at South Texas, he became a Certified Mediator in Texas, and excelled in IRS negotiations and settlements as part of the Low-Income Tax Clinic.

Through his various experiences and background Benjamin brings a well-rounded and robust knowledge of various aspects of the law to EKSM.

# Vanessa Kinney
## *Associate Attorney*



**Vanessa Kinney** has focused her practice primarily in employment law. Mrs. Kinney's wage and hour experience dates back to 2010, and she has experience in wage and hour cases from the inception of cases to trial, and all the way through the appeals process.

During her undergraduate years at the University of Arkansas, Mrs. Kinney excelled in her studies and was Brandon Burlsworth Memorial Scholarship recipient and magna *cum laude* graduate of the University of Arkansas' J. William Fulbright College of Arts and Sciences. While attending law school, Mrs. Kinney was the recipient of two further scholarships: the Shackleford Scholarship and the Harper and Mary Boyer Harb Scholarship.

Mrs. Kinney went on to graduate 8th in her class in 2007 from the University of Arkansas at Little Rock William H. Bowen School of Law. There, Mrs. Kinney was a member of the *University of Arkansas at Little Rock Law Review*, and in the winter of 2006, the review



published her article, "The Path Leads to Nowhere: The Supreme Court Re-examines the Trek Through the Political Thicket: Vieth v. Jubelirer, *541 U.S. 267 (2004)*, 28 UALR Law Rev. 251."

# Rebecca Matlock
*Associate Attorney*



**Rebecca Matlock** practices employment law litigation, primarily regarding the application of the Fair Labor Standards Act but also in the application of various state wage statutes including the Arkansas Minimum Wage Act and the Illinois Minimum Wage Law. Rebecca has experience in all types of labor law cases, including misclassification, minimum wage and overtime violations, tip credit violations, and "off-the-clock" violations. As one of EKSM 's drafting attorneys, Rebecca has developed knowledge in many of the technical applications and integrations of the FLSA and various labor laws.

Rebecca graduated from the UALR William H. Bowen School of Law in 2015 and joined the Sanford Law Firm the same year. At Bowen, she served as Executive Editor of the *UALR Law Review,* which published her article, "CONSTITUTIONAL LAW—Fifth Amendment and Takings—Courts and the Judicial Process Will Impede Orderly City Development by Limiting Local Governments' Use of Exactions in Development Planning. *Koontz v. St. Johns River Water Management District*, 133 S. Ct. 2586 (2013)," in Spring 2015.

As an undergraduate at Baylor University, Rebecca majored in News Editorial Journalism with minors in English and Religion. She wrote for the University newspaper, The Lariat, and worked as a teaching assistant in the English Department.

# Sean Short
*Associate Attorney*



**Sean Short** is a Little Rock native who practices primarily in employment law. He studied finance and accounting at Boston University. Before attending law school, Mr. Short has worked in New York City for a financial services firm. As a law student, he completed a clerkship in Washington, D.C. with the Department of Justice's Federal Tort Claims Act Section. Prior to joining EKSM, Sean worked in Bangkok, Thailand for a leading international law firm and a multi-national software development company.



## Anna Stiritz
*Associate Attorney*



**Anna Stiritz** is a talented veteran of evaluating employment law claims. Mrs. Stiritz has worked exclusively with our intakes department evaluating plaintiffs' data breach violations and employment claims. Prior to becoming a lawyer, Mrs. Stiritz graduated cum laude from Wheaton College with a B.A. in English. Later, Mrs. Stiritz went on to graduate from University of Arkansas at Little Rock Bowen School of Law.

## John Kristensen
*Of Counsel*



**John Kristensen** is Of Counsel at EKSM. He is an attorney licensed to practice before all Courts in the States of California and Massachusetts, and the founding partner at Kristensen Law Group.

Mr. Kristensen has offices in California and Massachusetts. He is an attorney licensed to practice in the States of California and Massachusetts. Mr. Kristensen is admitted to practice before the United States District Court for the Northern, Eastern, Southern, Central Districts of California, the United States District Court for the District of Colorado, the United States District Courts for the Eastern and Western District of Wisconsin, the District of Massachusetts, and the United States District Court for the District of Columbia, as well as the Seventh and Ninth Circuit Courts of Appeal.

Mr. Kristensen has tried multiple employment litigation cases, including against exotic dance clubs, and wrongful death trials wherein I have obtained numerous million-dollar settlements. He, along with EKSM attorneys, have also handled many matters in arbitration through final hearing.

Mr. Kristensen has litigated cases against NBC, Enterprise Rent-A-Car, Spearmint Rhino, Ford Motor Company, Toyota Motor Company, General Motors, Taco Bell, Sony and numerous other large corporations. His practice has included in multiple appellate cases where he has argued successfully before the California Courts of Appeal.



During the Toyota Sudden Acceleration litigation, Mr. Kristensen was appointed by Hon. Anthony J. Mohr to the Plaintiffs' Steering Committee and was re-appointed in 2012 by Hon. Lee Edmon. Judge Edmon also appointed him as a member of the national fee committee to recommend the allocations and disbursements of the common benefit fund.

In 2017, Mr. Kristensen obtained what was then a record Title IX settlement against UC Regents. Mr. Kristensen was appointed Class Counsel in the matter of *Mankin v. Mountain West Research Center,* L.C., Case Number 2:13-cv-06447-DSF-AGR in the Central District of California. The class settlement in that matter was approved by Hon. Dale S. Fischer.

On August 7, 2019, Mr. Kristensen was appointed Class Counsel in the matter of *George v. Shamrock Saloon II, LLC*, Case Number 17-cv-6663 (RA) (HBP) in the Southern District of New York by Magistrate Judge Pitman. Class certification was contested and an objection on the class certification, not his qualifications, was made to Hon. Ronnie Abrams, who adopted Magistrate Judge Pitman's report and recommendations in its entirety.

On October 23, 2019, in a contested motion for class certification in the Central District of California, Hon. George H. Wu appointed Mr. Kristensen as Class Counsel in the matter of *Lisa Friedman v. Jillian Michaels, et al.*, Case No. 19- CV-9414-GW(SSx) in the Central District of California.

Mr. Kristensen was appointed Class Counsel in the matter *Guzman v. Polaris Industries., et al.*, Case No. 8:19-cv-01543-FLA-KES in the Central District of California. He is the lead trial counsel in that case, which is set for trial on May 5, 2025. The case is based on Polaris' failing to test the roll cages on their off-road vehicles in compliance with the stated OSHA standard. The *Guzman* case was certified after a successfully overturning summary judgment in the Ninth Circuit,and obtaining a decision that any dismissal of UCL claims under *Sonner* are without prejudice, permitting Plaintiffs to re-file in State Court.

In the past four years alone, Mr. Kristensen obtained plaintiffs' verdict in the past four years of $8.9 million, $5.5 million in a business dispute where the only cause of action was intentional interference with contractual relations, and two employments cases tried in the Western District of Texas and Los Angeles Superior Court. Twice the jury found malice and the cases went to punitive damages.



# Current Notable Class Actions Handled By EKSM LLP

### PayPal Honey Browser Extension Litigation
Case No. 5:24-cv-9470-BLF (N.D. California San Jose Division)
PayPal Honey is facing a class action lawsuit regarding the alleged interference in affiliate commissions. Honey is a free browser extension that is meant to help users find deals and earn rewards while shopping online. Plaintiffs allege PayPal Honey intentionally interfered with their commissions by replacing creator tracking cookies with Honey's tracking cookie. Creators who participated in an affiliate program with a US online merchant and had affiliate attribution redirected to PayPal as a result of the Honey browser extension may be eligible for compensation.

### Moses v. Capital One Financial Holding Corporation
Case No. 1:25-cv-00039 (E.D. Virginia)
Capital One Shopping, formerly known as Wikibuy, is a browser extension that claims to find consumers the best deal on online purchases by locating, verifying, and applying valid coupons. Our plaintiffs allege that Capital One unlawfully stole attribution for online sales by intentionally replacing creator's affiliate links with their own. All persons who participated in an affiliate commission program with a US online merchant and had affiliate attribution redirected to Capital One as a result of the Capital One Shopping browser extension may be eligible for compensation.

### Burgess v. Arisa Health, Inc.
Case No. 72CV-24-2914 (Circuit Court of Washington County - AR Civil Division)
Arisa Health is an integrated behavioral health provider servicing counties across the state of Arkansas. Our plaintiffs allege that Arisa Health failed to implement adequate and reasonable cyber security protocols necessary to protect the private information of customers, patients, and employees with which they were entrusted. All persons similarly situated who provided personal identifiable information ("PII") and protected health information ("PHI") to Arisa Health as a result of either treatment or employment or both may be eligible for compensation.

### McAferty v. Elon Musk & America PAC
Case No. 1:24-cv-01346-RP (W.D. Tex – Austin Division)
Elon Musk and America PAC are facing a class action lawsuit for fraud, breach of contract, and violations of consumer protection laws. Our plaintiff alleges that America PAC falsely promised participants a chance to win $1 million daily by signing a petition supporting free speech and gun rights, when in reality, winners were pre-selected rather than chosen randomly. The defendants



used deceptive tactics to collect personal information and drive traffic to Musk's social media platform, X, under false pretenses. All citizens of the United States who signed the America PAC Petition may be eligible for compensation.