# EXHIBIT B

# DECLARATION OF CPT GROUP, INC.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER BLANKENSHIP, *on behalf of himself and all others similarly situated,*<br>Plaintiff,<br><br>v.<br><br>LEONARD'S EXPRESS, INC.<br>Defendant. | Case No. 1:24-cv-00618-JLS<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KUSAY GHENNIWA ON BEHALF OF CLAIMS ADMINISTRATOR REGARDING SETTLEMENT ADMINISTRATION AND IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

I, Kusay Ghenniwa, declare as follows:

1. I am a Case Manager for CPT Group, Inc. ("Claims Administrator" or "CPT"), the Claims Administrator jointly agreed upon by the Parties and approved by the Court for *Blankenship v. Leonard's Express, Inc.* I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts. I submit this declaration in support of Plaintiff's Motion for Final Approval of Class Action Settlement.

2. CPT has extensive experience in providing notice of class actions and administering class action settlements. In the past 30-plus years, we have provided notification and/or settlement administration services in thousands of class action cases.

3. As the Claims Administrator in this matter, CPT was tasked with providing notice and claims administration services as outlined in the parties' Settlement Agreement. These responsibilities included, but were not limited to, the following:

   a. Disseminate the Class Notice to Settlement Class Members by mail.

   b. Establishing and maintaining a dedicated settlement website, www.LeonardsExpressSettlement.com, which featured links to Court-approved documents, facilitated online claim submissions, and provided current information about the case.

   c. Establishing a dedicated 24-hour toll-free support line with Interactive Voice Response (IVR) capabilities.

   d. Reviewing and validating submitted claim forms.

   e. Receiving and responding to inquiries regarding the Settlement, as well as processing opt-outs and objections.

   f. Preparing reports and summaries regarding the notice and claims process for the Parties and the Court.

   g. Performing other tasks as set forth in the Settlement Agreement, or as the Parties mutually agree to or that the Court orders.

## CAFA NOTICE

4. On February 17, 2025, in compliance with the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b), CPT sent notification to the United States Attorney General, and the Attorney Generals in 52 states and territories.

## CLASS LIST

5. On February 26, 2025, CPT received a data file containing the name and mailing addresses for 6,540 Settlement Class Members. CPT then undertook to create a master list of Settlement Class Members for use in connection with the Class Notice and settlement administration.

6. As part of this process, CPT conducted a comprehensive National Change of Address (NCOA) search to update mailing addresses. The NCOA database effectively provided updated addresses for individuals who had moved within the past four years and had informed the U.S. Postal Service of their address change. As a result of this process, a refined master list of 6,488 Settlement Class Members, referred to as the "Class List," was compiled.

7. The reduction of 52 records from the original count was the result of identifying and removing duplicate entries. CPT conducted a detailed review of the dataset, comparing variations in name and addresses to ensure accuracy and eliminate duplicate records.

## TOLL-FREE PHONE NUMBER

8. CPT established a dedicated, 24-hour, toll-free support line with Interactive Voice Response ("IVR") capabilities [1-888-324-9833] that went live on April 4, 2025. Through this number, callers are provided with general and detailed information about the Settlement; answers to frequently asked questions, and information relating to a Class Member's options under the terms of the Settlement. This toll-free telephone number is listed in several locations on the settlement website, including the footer and Contact Us page. As of the date of this declaration, the case support line has received a total of 59 calls.

## CASE-SPECIFIC EMAIL ADDRESS

9. CPT also established and has maintained a dedicated email address

(LeonardsExpressSettlement@cptgroup.com) which Settlement Class Members can use to communicate with CPT regarding the case. As of the date of this declaration, there have been 27 email inquiries received to the case email inbox.

## SETTLEMENT WEBSITE

10. CPT established a dedicated settlement website with the domain/URL www.LeonardsExpressSettlement.com that went live on April 4, 2025. The settlement website features a page named "Court Documents" that offers links to downloadable versions of the Operative Complaint, Settlement Agreement, Preliminary Approval Order, Long Form Notice, and Claim Form. In addition, during the active notice and claims period (April 4, 2025, to July 3, 2025) the website provides a link to file a claim form electronically through the website. True and correct copies of the Long Form Notice and Claim Form that are posted on the settlement website, are attached hereto as **Exhibit A and B,** respectively.

11. In addition to what is described above, the settlement website also contains Frequently Asked Questions ("FAQs") and an Important Dates page that lists the case deadlines for submitting a claim form, filing a request for exclusion, or filing an objection, as well as the date of the Final Approval Hearing. As of the date of this declaration, in aggregate, there have been approximately 2,794 views of the website's pages, and 459 unique visitors to the site.

12. CPT will continue to maintain and update the settlement website with relevant documents, including the Final Approval Order and Judgment once entered by the Court, and other information or updates as they become available, or requested by the parties or required by the Court.

## DIRECT NOTICE

13. On April 4, 2025, the Short- Notice ("Postcard Notice") was mailed via U.S. First-Class mail to 6,488 Settlement Class Members. Attached hereto as **Exhibit C** is a true and correct copy of the Postcard Notice.

14. As of the date of this declaration, a total of 896 Postcard Notices have been returned by the post office as undeliverable. Out of these, 58 Postcard Notices were forwarded to new

addresses provided by the post office. To address the undeliverable notices, CPT conducted a skip trace through LexisNexis to obtain better addresses. As a result of the skip trace, 261 Postcard Notices were remailed. Ultimately, 635 Postcards Notice were deemed undeliverable.

15.     Based on the above, CPT estimates that 90.21% of the Class has received direct notice of the Settlement as of the date of this Declaration.

## CLAIMS ADMINISTRATION

16.     The deadline for Settlement Class Members to submit a claim is July 3, 2025. Upon receipt of each Claim Form, CPT determines whether it is valid, invalid, or deficient.

17.     As of the date of this declaration, CPT received a total of 167 claims. Below is a breakdown of the benefit type claimed:

    a.    **Credit Monitoring Services:** Of the 167 claims received, 28 claimants filed for Credit Monitoring services.

    b.    **Reimbursement for Out-of-Pocket Losses:** Of the 167 claims received, 6 claimants are seeking reimbursement for Out-of-Pocket expenses. These claims are currently under review or are awaiting additional documentation before validation can be completed.

    c.    **Alternative Cash Payment:** Of the 167 claims received, 136 claimants filed for an Alternative Cash Payment.

18.     **Deficient Claims**: Of the 167 claims received, there are currently three that are deficient due to invalid or missing supporting documentation. CPT is currently addressing the deficient claims by sending a letter (by email if available, or mail if only an address is available) to these claimants and providing clear instruction on how to cure their Claim Form deficiency. Claimants are given a period of 21 days from the date the deficiency notice is issued to cure the deficiencies on their Claim Form, and the letter will specify the deadline by when the response must be received.

19.     **Invalid Claims**: Of the 167 claims received, there are currently 13 fraudulent claims that have been invalidated. CPT has identified that these 13 individuals have submitted

claims in multiple, unrelated settlements previously administered by CPT, which prompted further review in this case.

20. CPT will continue its claim validation efforts, and these figures may increase as the validation process is ongoing. A supplemental report can be provided to Counsel and the Court upon request.

## REQUESTS FOR EXCLUSION

21. The deadline for Settlement Class Members to exclude themselves from the Settlement Class is June 3, 2025. As of the date of this declaration, CPT has received 2 requests for exclusion. Attached as **Exhibit D** is a list of the Settlement Class Members who submitted an opt-out request.

## OBJECTIONS

22. The deadline for Settlement Class Members to file and serve a written objection to the Settlement Agreement likewise is June 3, 2025. As of the date of this declaration, CPT has not received any objections.

## FURTHER STEPS FOLLOWING FINAL APPROVAL

23. If the Court grants final approval of the Settlement, CPT will handle further steps of settlement administration in accordance with the Settlement Agreement and the Court's order.

24. The total fee for CPT's settlement administration services in this matter is estimated to be $25,500. This total includes all services provided to date as described in this declaration, as well as the tasks required to complete the administration process after final court approval as stated in our bid including, transmitting settlement payments to eligible Settlement Class Members, applicable postage, further communications with Settlement Class Members, and banking, accounting, and tax reporting activities.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on May 22, 2025, at Irvine, California.

                                                                                                      _/s/ Kusay Ghenniwa_
                                                                                                        Kusay Ghenniwa