# EXHIBIT C

# SUPPLEMENTAL DECLARATION OF CPT GROUP, INC.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER BLANKENSHIP, *on behalf of himself and all others similarly situated,*<br>Plaintiff,<br><br>v.<br><br>LEONARD'S EXPRESS, INC.<br>Defendant. | Case No. 1:24-cv-00618-JLS<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF KUSAY GHENNIWA ON BEHALF OF CLAIMS ADMINISTRATOR REGARDING SETTLEMENT ADMINISTRATION AND IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

I, Kusay Ghenniwa, declare as follows:

1. I am a Case Manager for CPT Group, Inc. ("Claims Administrator" or "CPT"), the Claims Administrator jointly agreed upon by the Parties and approved by the Court for *Blankenship v. Leonard's Express, Inc.* I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts. I submit this declaration in support of Plaintiff's Motion for Final Approval of Class Action Settlement.

2. I submit this declaration to update my previous declaration dated May 22, 2025.

## CLAIMS ADMINISTRATION

3. The deadline for Settlement Class Members to submit a claim is July 3, 2025. Upon receipt of each Claim Form, CPT determines whether it is valid, invalid, or deficient.

4. As of the date of this declaration, CPT received a total of 190 claims. Below is a breakdown of the benefit type claimed:

    a. **Credit Monitoring Services:** Of the 190 claims received, 34 claimants filed for Credit Monitoring services.

    b. **Reimbursement for Out-of-Pocket Losses:** Of the 190 claims received, 10 claimants are seeking reimbursement for Out-of-Pocket expenses. These claims are currently under review or are awaiting additional documentation before validation can be completed.

    c. **Alternative Cash Payment:** Of the 190 claims received, 156 claimants filed for an Alternative Cash Payment.

5. **Deficient Claims**: Of the 190 claims received, there are currently 5 that are deficient due to either incompatible option selections or invalid or missing supporting documentation. CPT is currently addressing the deficient claims by sending a letter (by email if available, or mail if only an address is available) to these claimants and providing clear instruction on how to cure their Claim Form deficiency. Claimants are given a period of 21 days from the date the deficiency notice is issued to cure the deficiencies on their Claim Form, and the letter will specify the deadline by when the response must be received.

6. **Invalid Claims**: Of the 190 claims received, there are currently 20 fraudulent claims that have been invalidated. CPT has identified that these 20 individuals have submitted claims in multiple, unrelated settlements previously administered by CPT, which prompted further review in this case.

7. CPT will continue its claim validation efforts, and these figures may increase as the validation process is ongoing. A supplemental report can be provided to Counsel and the Court upon request.

## REQUESTS FOR EXCLUSION

8. The deadline for Settlement Class Members to exclude themselves from the Settlement Class was June 3, 2025. As of the date of this declaration, CPT has received 2 requests for exclusion. Attached as **Exhibit A** is a list of the Settlement Class Members who submitted an opt-out request.

## OBJECTIONS

9. The deadline for Settlement Class Members to file and serve a written objection to the Settlement Agreement likewise was June 3, 2025. As of the date of this declaration, CPT has not received any objections.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on June 9, 2025, at Irvine, California.

_Kusay Ghenniwa_
Kusay Ghenniwa

# EXHIBIT A

**Lists of Opt-Outs**
*Blankenship v. Leonard's Express, Inc.*
Case No. 1:24-cv-00618-JLS (W.D.N.Y)

| No | Name |
|---|---|
| 1 | Welsh, Patti |
| 2 | Welsh, Colin |